**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**BENYAMIN MOHAMADALIZADEH,**

      **Plaintiff,**

        **v.**

**UNITED STATES CITIZENSHIP &**
**IMMIGRATION SERVICES, et al.,**

      **Defendants.**

**Civil Action No. 21-1700 (JDB)**

## ORDER

On October 18, 2021, this Court ordered plaintiff to either (1) file with the Court proof that defendants have been served with the summons and complaint, or (2) provide the Court with a written explanation as to why service of process has not been completed.  October 18, 2021 Order [ECF No. 5].  The order stated that if plaintiff failed to comply, this case may be dismissed without prejudice for failure to complete service of process.  Id.; see also Fed. R. Civ. P. 4(m).

Plaintiff's response to the Court's order was due by not later than November 19, 2021.  See October 18, 2021 Order.  That date has now passed, however, and as of the date of this order, plaintiff has not yet responded.  Moreover, it continues to appear from the record that process has not yet been served on defendants.  Thus, it is hereby

**ORDERED** that this case is **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 4(m) for failure to complete service of process.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated:  November 22, 2021